MOATT   INVATT
                                                                    i

INTERNAL USE ONLY: Proceedings include all events.
05-10431 USA v. Andres

UNITED STATES OF AMERICA              Lawrence L. Tong, Esq.
      Plaintiff - Appellee            808/541-2850
                                      Suite 6-100
                                      [COR LD NTC aus]
                                      Michael Purpura, Esq.
                                      6100
                                      [COR LD NTC aus]
                                      USH - OFFICE OF THE U.S.
                                      ATTORNEY
                                      PJKK Federal Building
                                      300 Ala Moana Blvd.
                                      P.O. Box 50183
                                      Honolulu, HI 96850

     v.

ARTHUR ANDRES                         Lynn T. Hamilton, Esq.
      Defendant - Appellant           FAX 480/644-0095
                                      480/545-5511
                                      [COR LD NTC cja]
                                      HAMILTON LAW OFFICE, PC
                                      240 N. Center St.
                                      Mesa, AZ 85201

INTERNAL USE ONLY: Proceedings include all events.
05-10435 USA v. Mina

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Lawrence L. Tong, Esq.<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br><br>Michael Purpura, Esq.<br>6100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| EDUARDO C. MINA<br>    Defendant - Appellant | David F. Klein, Esq.<br>FAX 808/599-1645<br>808/523-7774<br>Suite 2116<br>[COR LD NTC cja]<br>841 Bishop St.<br>Honolulu, HI 96813-3921 |