UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Date: 2-4-08

TO: United States District Court - HI (HONOLULU)

FROM: Judge Raymond C. Fisher
United States Circuit Judge

RE: Return of District Court Record

**RECEIVED**
CLERK U.S. DISTRICT COURT
FEB 07 2008
1:00 pm
DISTRICT OF HAWAII

Case Name: U.S. v. ANDRES/MINA

Court of Appeals No: 05-10431    District Court No: CR-02-00209-DAE
05-10435                          CR-02-00209

5    Volume(s) of Clerk's Record — OK

33   Volume(s) of Reporter's Transcripts — OK

_____ Exhibits

Other: 2 DOCKET SHEETS
SEALED DOCS AS MARKED

Box 2 of 2

cc: Ninth Circuit Records Unit
Chambers Case File